IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

v.                                             CASE NO. 4:19CV00701 JM

THE REAL PROPERTY LOCATED AT
1501 ROCKWATER LANE, NORTH LITTLE ROCK, AR 72114 AND
COMMONLY REFERRED TO AS ROCKWATER VILLAGE, LOT 10;

THE REAL PROPERTY LOCATED AT
1505 ROCKWATER LANE, NORTH LITTLE ROCK, AR 72114 AND
COMMONLY REFERRED TO AS ROCKWATER VILLAGE, LOT 11;

THE REAL PROPERTY AND RESIDENCE LOCATED AT
5064 COPPERGLEN CIRCLE, COLLEYVILLE, TX 76034;

THE REAL PROPERTY AND RESIDENCE LOCATED AT
8117 DOYLE SPRINGS ROAD, LITTLE ROCK, AR 72209;

THE REAL PROPERTY AND RESIDENCE LOCATED AT
3003 STARLIGHT COURT, EULESS, TX 76039;

THE REAL PROPERTY AND STRUCTURES LOCATED AT
3600 JOHN F. KENNEDY BLVD. AND 105 E. F AVENUE,
NORTH LITTLE ROCK, AR 72116                                                                               DEFENDANTS

## ORDER OF FORFEITURE AS TO $36,528.34 IN SETTLEMENT FUNDS

Pending before the Court is the United States of America's unopposed motion for an order of forfeiture as to $36,528.34 in settlement funds (ECF No. 32). The Court has considered the motion and finds that it has merit. The motion is, therefore, GRANTED.

The Court now orders as follows:

1. The $36,528.34 in settlement funds described in the motion (ECF No. 32, at ¶ 7) are ordered to be substituted as a defendant in place of Defendant 8117 Doyle Springs Road, Little Rock, Arkansas 72209 ("8117 Doyle Springs Road").

2. 8117 Doyle Springs Road is dismissed from this action.

3. The $36,528.34 in settlement funds are ordered forfeited to the United States.

4. Each party will bear its own fees and costs.

5. The Court shall retain jurisdiction for purposes of enforcing the terms of the parties' settlement agreement.

IT IS SO ORDERED this 23rd day of March 2022.

_____
James M. Moody Jr.
United States District Judge