IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                           No. 4:19-cv-701-DPM

THE REAL PROPERTY LOCATED AT
1501 ROCKWATER LANE, NORTH
LITTLE ROCK, AR 72114, COMMONLY
REFERRED TO AS ROCKWATER
VILLAGE, LOT 10; THE REAL PROPERTY
LOCATED AT 1505 ROCKWATER LANE,
NORTH LITTLE ROCK, AR 72114,
COMMONLY REFERRED TO AS
ROCKWATER VILLAGE, LOT 11;
THE REAL PROPERTY LOCATED AT
5064 COPPERGLEN CIRCLE,
COLLEYVILLE, TX 76034; $36,528.34;
ORIGIN BANK CHECK NUMBER 025111;
and THE REAL PROPERTY LOCATED
AT 3600 JOHN F KENNEDY BLVD
AND 105 E F AVENUE, NORTH LITTLE
ROCK, AR 72116                                                    DEFENDANTS

DELOIS BRYANT; LYNDA
BRYANT-CHARLES; ANTHONY CHARLES;
BRENDA SHERPELL; ROSIE BRYANT;
and APRIL BELL                                                    CLAIMANTS

ORDER

Motion to lift stay, *Doc. 37*, granted. Defendants and all but one of the claimants are represented by Larry Jarrett. At the sentencing

hearing in the related criminal case, he said that he intended to immediately retire from practicing law. According to the United States, he has retired. *Doc. 37 at note 1.* But Mr. Jarrett hasn't asked to withdraw from this case. The Bryant sisters are all incarcerated. And, regardless, they can't represent the defendant properties. None of the Bryant sisters are lawyers.

The lawyers should confer about how they'd like to proceed. Mr. Jarrett must confirm his retirement and must file a motion to withdraw. Joint status report from the lawyers, including Mr. Jarrett, due by 22 March 2024.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 February 2024