IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                        No. 4:19-cv-701-DPM

THE REAL PROPERTY LOCATED AT
1501 ROCKWATER LANE, NORTH
LITTLE ROCK, AR 72114, COMMONLY
REFERRED TO AS ROCKWATER
VILLAGE, LOT 10;  THE REAL PROPERTY
LOCATED AT 1505 ROCKWATER LANE,
NORTH LITTLE ROCK, AR 72114,
COMMONLY REFERRED TO AS
ROCKWATER VILLAGE, LOT 11;
THE REAL PROPERTY LOCATED AT
 5064 COPPERGLEN CIRCLE,
COLLEYVILLE, TX 76034;  $36,528.34;
ORIGIN BANK CHECK NUMBER 025111;
and THE REAL PROPERTY LOCATED
AT 3600 JOHN F KENNEDY BLVD
AND 105 E F AVENUE, NORTH LITTLE
ROCK, AR 72116                                                        DEFENDANTS

DELOIS BRYANT;  LYNDA
BRYANT-CHARLES;  ANTHONY CHARLES;
BRENDA SHERPELL;  ROSIE BRYANT;
and APRIL BELL                                                          CLAIMANTS

## ORDER

Motion, *Doc. 51*, granted. Any attachment to the government's motion for summary judgment that contains personal identification information may be filed under seal. After the Court has had an opportunity to review the sealed filings, it may direct the government to file redacted versions on the public docket.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2024