IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 4:19-cv-701-DPM

THE REAL PROPERTY LOCATED AT
1501 ROCKWATER LANE, NORTH
LITTLE ROCK, AR 72114, COMMONLY
REFERRED TO AS ROCKWATER
VILLAGE, LOT 10; THE REAL PROPERTY
LOCATED AT 1505 ROCKWATER LANE,
NORTH LITTLE ROCK, AR 72114,
COMMONLY REFERRED TO AS
ROCKWATER VILLAGE, LOT 11;
THE REAL PROPERTY LOCATED AT
5064 COPPERGLEN CIRCLE,
COLLEYVILLE, TX 76034; $36,528.34;
ORIGIN BANK CHECK NUMBER 025111;
and THE REAL PROPERTY LOCATED
AT 3600 JOHN F KENNEDY BLVD
AND 105 E F AVENUE, NORTH LITTLE
ROCK, AR 72116                                              DEFENDANTS

DELOIS BRYANT; LYNDA
BRYANT-CHARLES; ANTHONY CHARLES;
BRENDA SHERPELL; ROSIE BRYANT;
and APRIL BELL                                              CLAIMANTS

- 2 -

## ORDER

Motion, *Doc. 52*, granted. Destiny by Design C.D.C., Inc.; Destiny by Design Church @ Park Hill; Destiny by Design @ Park Hill; Destiny by Design Ministry; Destiny by Design, Inc.; Destiny by Design International; Destiny by Design Church; and Destiny by Design have abandoned any claim to 3600 John F. Kennedy Boulevard and 105 East F Avenue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 October 2024