## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**v.**                                   **No. 4:19-cv-701-DPM**

**THE REAL PROPERTY LOCATED AT
1501 ROCKWATER LANE, NORTH
LITTLE ROCK, AR 72114, COMMONLY
REFERRED TO AS ROCKWATER
VILLAGE, LOT 10;  THE REAL PROPERTY
LOCATED AT 1505 ROCKWATER LANE,
NORTH LITTLE ROCK, AR 72114,
COMMONLY REFERRED TO AS
ROCKWATER VILLAGE, LOT 11;
THE REAL PROPERTY LOCATED AT
 5064 COPPERGLEN CIRCLE,
COLLEYVILLE, TX 76034;  and THE REAL
PROPERTY LOCATED AT 3600 JOHN F.
KENNEDY BLVD. AND 105 E F AVENUE,
NORTH LITTLE ROCK, AR 72116**                                   **DEFENDANTS**

**DELOIS BRYANT;  LYNDA
BRYANT-CHARLES;  ANTHONY CHARLES;
BRENDA SHERPELL;  and ROSIE BRYANT**                                   **CLAIMANTS**

## ORDER

The United States filed this *in rem* action seeking civil forfeiture of

six parcels of real property.  Two—3003 Starlight Court and 8117 Doyle

Springs Road—were dismissed based on settlements.  *Doc. 30 & 33.*

The United States has now moved for summary judgment for forfeiture

of the remaining four parcels. The Bryant sisters do not oppose forfeiture. Anthony Charles didn't file a response. The material facts stated by the United States, *Doc. 56*, are therefore deemed admitted. LOCAL RULE 56.1(c).

Has the United States proven by a preponderance of the evidence that the four parcels of real property are subject to forfeiture? 18 U.S.C. § 983(c). It has. Each Bryant sister pleaded guilty to conspiracy to commit mail fraud and defraud the IRS. Based on the undisputed facts of record, the four parcels (as improved) are proceeds traceable to their crimes. 18 U.S.C. § 981(a)(1)(C). Rockwater Village Lot 10 and Rockwater Village Lot 11 were wholly paid for with fraud-related funds. At least half of the cost of 5064 Copperglen Circle was paid for with fraud-related funds. And an approximately $175,000 mortgage on the 105 East F/3600 JFK Boulevard property was paid off with fraud-related funds. None of the Bryant sisters have made any claim asserting a right to any sale proceeds from these last two parcels that might not be traceable to the fraud. Moreover, the sisters will get full credit for all sale proceeds against their substantial restitution obligations. Furthermore, none of the Bryant sisters have shown that they have standing to proceed on their claims to the property located at 105 East F/3600 JFK Boulevard.

The motion for summary judgment, *Doc. 54*, is granted. The Bryant sisters' and Anthony Charles's claims to Rockwater Lot 10,

Rockwater Lot 11, 5064 Copperglen Circle, and 105 East F/3600 JFK Boulevard are dismissed. These four parcels of real estate, and all buildings, improvements, and appurtenances located on them, will be forfeited to the United States. Judgment will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_19 November 2024_