# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                            No. 4:19-cv-701-DPM

THE REAL PROPERTY LOCATED AT
1501 ROCKWATER LANE, NORTH
LITTLE ROCK, AR 72114, COMMONLY
REFERRED TO AS ROCKWATER
VILLAGE, LOT 10;  THE REAL PROPERTY
LOCATED AT 1505 ROCKWATER LANE,
NORTH LITTLE ROCK, AR 72114,
COMMONLY REFERRED TO AS
ROCKWATER VILLAGE, LOT 11;
THE REAL PROPERTY LOCATED AT
 5064 COPPERGLEN CIRCLE,
COLLEYVILLE, TX 76034;  $36,528.34;
ORIGIN BANK CHECK NUMBER 025111;
and THE REAL PROPERTY LOCATED AT
3600 JOHN F. KENNEDY BLVD. AND
105 E F AVENUE, NORTH LITTLE
ROCK, AR 72116                                                        DEFENDANTS

DELOIS BRYANT;  LYNDA
BRYANT-CHARLES;  ANTHONY CHARLES;
BRENDA SHERPELL;  ROSIE BRYANT;  and
APRIL BELL                                                             CLAIMANTS

## JUDGMENT

All claims filed against the defendant properties are dismissed with prejudice. The four parcels of real property, listed in Appendix A, and all buildings, improvements, and appurtenances located on them, are forfeited to the United States.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 November 2024

# APPENDIX A

| Rockwater Lot 10 | THE REAL PROPERTY LOCATED AT 1501 ROCKWATER LANE, NORTH LITTLE ROCK, AR 72114 AND COMMONLY REFERRED TO AS ROCKWATER VILLAGE, LOT 10<br><br>*The following described land, situated in the County of Pulaski and the State of Arkansas:*<br><br>Lot 10, Rockwater Village Subdivision, Phase 2, an Addition to the City of North Little Rock, Pulaski County, Arkansas.<br><br>Tax ID: 33N-268.08-010.00 |
|---|---|
| Rockwater Lot 11 | THE REAL PROPERTY LOCATED AT 1505 ROCKWATER LANE, NORTH LITTLE ROCK, AR 72114 AND COMMONLY REFERRED TO AS ROCKWATER VILLAGE, LOT 11<br><br>*The following described land, situated in the County of Pulaski and the State of Arkansas:*<br><br>Lot 11, Rockwater Village Subdivision, Phase 2, an Addition to the City of North Little Rock, Pulaski County, Arkansas.<br><br>Tax ID : 33N-268.08-011.00 |

| | |
|---|---|
| 5064 Copperglen Circle | THE REAL PROPERTY AND RESIDENCE LOCATED AT 5064 COPPERGLEN CIRCLE, COLLEYVILLE, TX 76034<br><br>*The following described land, situated in the County of Tarrant and the State of Texas:*<br><br>BEING LOT 1, IN BLOCK 2 OF COPPERGLEN ADDITION, AN ADDITION TO THE CITY OF COLLEYVILLE, TARRANT COUNTY, TEXAS ACCORDING TO THE PLAT THEREOF RECORDED IN CABINET A, SLIDE 12271 OF THE PLAT RECORDS OF TARRANT COUNTY, TEXAS. |
| 105 East F/3600 JFK Boulevard | THE REAL PROPERTY AND STRUCTURES LOCATED AT 3600 JOHN F. KENNEDY BLVD. AND 105 E. F AVENUE, NORTH LITTLE ROCK, AR 72116<br><br>*The following described land, situated in the County of Pulaski and the State of Arkansas:*<br><br>Lot l, Block 16, Park Hill Addition to the City of North Little Rock, Pulaski County, Arkansas.<br><br>Tax ID: 33N-018.03-085.00 |